PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.  Crim. No.  2:17CR00040-2

Antonio Cunningham

On January 11, 2023, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 14 day of February 2025.

Honorable Lisa Godbey Wood
United States District Judge